UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:96-CV-157(H)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HORACE L. RODGERS, | ) |
| Defendant. | ) |

**ORDER**

Before the Court is a Motion of the United States of America, Plaintiff in this action, for an Order extending the Writ of Execution issued August 27, 2015; designating the Farm Service Agency as a substitute custodian; and directing the United States Marshal to turn over property seized under the Notice of Levy to the Farm Service Agency for sale under their current contracts, all for the efficiency of justice and to reduce waste of government resources while allowing a higher potential for sale proceeds. The United States motion states that the Defendant, the U.S. Marshal and the Farm Service Agency are all in agreement with this request.

Therefore, for good cause shown, IT IS ORDERED that:

1. the Writ of Execution (DE #21) is extended for an additional 120 days from the entry of this Order;

2. the Farm Service Agency is designated as Substitute Custodian in this action;

3. the United States Marshal is directed to turnover property upon which it has levied to the Farm Service Agency for sale;

4. FSA shall provide the U.S. Marshal with a report of the sale for their records and for filing with the Court.

So ORDERED this 25th day of February, 2016.

MALCOLM J. HOWARD
Senior United States District Judge